AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Lucas GONZALEZ-BERMUDEZ<br>aka Alejandro RODRIGUEZ MARTINEZ<br>aka Alejandro RAMIREZ-JIMENEZ<br><br>*Defendant* | )<br>)<br>) Case No. 2:25-mj-558<br>)<br>)<br>)<br>) |

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 10 2025 12:55 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lucas GONZALEZ-BERMUDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a) – Illegal Reentry of Removed Alien

Date: October 6, 2025

*[signature]*
Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Newark, Ohio

**Return**

This warrant was received on *(date)* October 6, 2025, and the person was arrested on *(date)* October 8, 2025
at *(city and state)* Westerville, OH.

Date: October 9, 2025

*[signature]*
Arresting officer's signature

David Krauss, HSI Special Agent
Printed name and title