AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Lucas GONZALEZ-BERMUDEZ<br>aka Alejandro RODRIGUEZ MARTINEZ<br>aka Alejandro RAMIREZ-JIMENEZ<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 2:25-mj-558 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Lucas GONZALEZ-BERMUDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a) – Illegal Reentry of Removed Alien

Date: October 6, 2025

_Elizabeth A. Preston Deavers_
United States Magistrate Judge

City and state: Newark, Ohio

---

**Return**

This warrant was received on _(date)_ October 6, 2025, and the person was arrested on _(date)_ October 8, 2025
at _(city and state)_ Westerville, Ohio.

Date: October 9, 2025

_Arresting officer's signature_

David Krauss, HSI Special Agent
_Printed name and title_